## Commonwealth ex rel. Capobianco *v.* Capobianco, Appellant.

Before BACKENSTOE, J.

Argued September 8, 1975. *Raymond J. DeRaymond*, with him *Coffin, DeRaymond, Shipman & Stitt*, for appellant; *Gus Milides*, with him *Richard J. Shiroff*, for appellee.

Order affirmed.

## Commonwealth ex rel. Duggan *v.* Duggan, Appellant.

Before VOGEL, J.

Argued September 10, 1975. *Lawrence F. Flick*, with him *Menin, Flick, Josel & Barrish*, for appellant; *Marc D. Jonas*, with him *Gerber, Davenport & Wilenzik*, for appellee.

Order affirmed.

## Commonwealth ex rel. Fletcher *v.* Fletcher, Appellant.

Before REED, JR., J.

Argued September 11, 1975. *D. Michael Emuryan*, with him *Seyfert and Emuryan*, for appellant; *Michael A. Raffaele*, with him *John Prodoehl, Jr.*, and *Prodoehl & Wydrzynski*, for appellee.

Order affirmed.